IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**NIASPAN ANTITRUST LITIGATION** | MDL NO. 13-2460<br><br>ALL CASES |

## O R D E R

**AND NOW**, this 18th day of December, 2013, upon consideration of The End-Payor Plaintiffs' Amended Motion for Entry of Case Management Order No. 1 (Document No. 10, filed October 1, 2013), and Direct Purchaser Plaintiffs' Motion for Consolidation and for Appointment of Interim Class Counsel (Document No. 16, filed October 17, 2013), **IT IS ORDERED** as follows:

1. Jeffrey L. Kodroff, Esquire, Spector Roseman Kodroff & Willis, P.C., 1818 Market Street, Suite 2500, Philadelphia, Pennsylvania 19103, is **APPOINTED** interim liaison counsel for the end-payor putative class;

2. David F. Sorensen, Esquire, Berger & Montague, P.C., 1622 Locust Street, Philadelphia, Pennsylvania 19103, is **APPOINTED** interim liaison counsel for the direct purchaser putative class;

3. Paul Saint-Antione, Drinker, Biddle & Reath, LLP, One Logan Square, 18th and Cherry Streets, Philadelphia, Pennsylvania 19103, is **APPOINTED** interim liaison counsel for defendants; and,

4. Liaison counsel shall be authorized to receive orders and notices from the Court on behalf of all parties within their liaison group, and shall be responsible for the preparation and transmittal of copies of such orders and notices to the parties in their liaison group. Liaison counsel shall be required to maintain complete files with copies of all documents served upon

them and shall make such file available to parties within their liaison group upon request. Liaison counsel are also authorized to receive orders and notices from the Judicial Panel on Multidistrict Litigation pursuant to Rule 8(e) of the Panel's Rules of Procedure on behalf of all parties within their liaison group and shall be responsible for the preparation and transmittal of such orders and notices to the parties in their liaison group.  Finally, liaison counsel shall assist the Court in the scheduling of hearings, telephone conferences and other proceedings

**IT IS FURTHER ORDERED** that a telephone conference with liaison counsel will be scheduled at an early date.  The purpose of the conference is to address procedures to be followed with respect to the pending Motions.  The Practice and Procedure Order Upon Transfer Pursuant to 28 U.S.C. § 1407(a) will issue, and the Court will rule on the pending Motions, after those procedures are addressed.

**IT IS FURTHER ORDERED** that the telephone conference with liaison counsel will be recorded.  Any other attorneys who have appeared in the case may participate in the telephone conference by communicating with liaison counsel.

**IT IS FURTHER ORDERED** that this Order shall be docketed in the above captioned MDL and in all of the cases listed on Exhibit A.

                                                  **BY THE COURT:**

                                               /s/ Jan E. DuBois
                                                   **DuBOIS, JAN E., J.**

# SCHEDULE A

## End-Payor Actions

| | |
|---|---|
| *Allied Services Division Welfare Fund v. AbbVie, Inc. et al.* | No. 2:13-cv-3967 |
| *City of Providence v. AbbVie Inc., et al.* | No. 2:13-cv-5656 |
| *Electrical Workers 242 and 294 Health & Welfare Fund v. AbbVie, Inc., et al.* | No. 2:13-cv-2861 |
| *Fraternal Order of Police of Miami Lodge 20 Insurance Trust v. Abbott Laboratories, et al.* | No. 2:13-cv-3951 |
| *Greater Metropolitan Hotel Employers-Employees Health & Welfare Fund et al. v. Abbott Laboratories et al.* | No. 2:13-cv-4165 |
| *International Union of Operating Engineers Local 132 Health & Welfare Fund v. AbbVie Inc. et al.* | No. 2:13-cv-4729 |
| *Miles Wallis et al. v. Abbott Laboratories et al.* | No. 2:13-cv-4914 |
| *New England Electrical Workers Benefits Fund v. AbbVie, Inc., et al.* | No. 2:13-cv-3840 |
| *New York Hotel Trades Council & Hotel Assoc. of New York City, Inc. Health Benefits Fund, v. AbbVie Inc., et al.* | No. 2:13-cv-2523 |
| *Painters District Council No. 30 Health & Welfare Fund v. AbbVie, Inc., et al.* | No. 2:13-cv-2343 |
| *Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund v. Abbott Laboratories et al.* | No. 2:13-cv-4863 |
| *Teamsters Union 25 Health Services & Insurance Plan v. Abbott Laboratories, et al.* | No. 2:13-cv-5455 |
| *United Food & Commercial Workers Local 1776 & Participating Employers Health & Welfare Fund, v. Abbott Laboratories, et al.* | No. 2:13-cv-1977 |
| *United Food & Commercial Workers Union & Midwest Health Benefits Fund v. AbbVie, Inc., et al.* | No. 2:13-cv-1747 |

## Direct Purchaser Actions

| | |
|---|---|
| *Professional Drug Company, Inc. v. Abbvie, Inc., et al.* | No. 2:13-cv-1792 |
| *Rochester Drug Co-Operative, Inc. v. Abbvie, Inc., et al.* | No. 2:13-cv-1820 |
| *Value Drug Company v. Abbvie, Inc., et al.* | No. 2:13-cv-3124 |