# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>NIASPAN ANTITRUST LITIGATION | MDL NO. 2460 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MASTER FILE NO. 13-MD-2460 |

## O R D E R

**AND NOW**, this 8th day of December, 2015, upon consideration of End-Payor Class Plaintiffs' Motion for Reconsideration in Light of Intervening Authority (Doc. No. 265, filed November 9, 2015) and Defendants' Joint Opposition to End-Payor Plaintiffs' Motion for Reconsideration (Doc. No. 270, filed November 25, 2015), for the reasons set forth in the accompanying Memorandum dated December 8, 2015, **IT IS ORDERED** that End-Payor Class Plaintiffs' Motion for Reconsideration in Light of Intervening Authority is **DENIED.**

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.