UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: NIASPAN ANTITRUST LITIGATION | MDL 2460 |
|---|---|
| THIS DOCUMENT RELATES TO: | Master Case No. 2:13-md-2460 |
| All Actions | |

## FOURTH AMENDED SCHEDULING ORDER

AND NOW, having reviewed the proposed amended schedules for all further proceedings through a hearing on class certification.

The following amended deadlines in the above-captioned action are hereby so ordered:

| Previous Date | Due Date | Event |
|---|---|---|
| | October 31, 2017 | AbbVie completes supplemental production of Kos-era documents. |
| June 1, 2017 | March 30, 2018 | Close of fact discovery – all discovery requests and subpoenas must be served to be answerable by this date. |
| July 31, 2017 | April 13, 2018 | The parties file a joint settlement report. |
| August 4, 2017 | April 30, 2018 | Plaintiffs serve opening expert reports. |
| November 3, 2017 | July 27, 2018 | Defendants serve opposition expert reports. |
| January 11, 2018 | September 21, 2018 | Plaintiffs serve rebuttal expert reports. |
| March 8, 2018 | November 19, 2018 | Close of expert depositions.[1]<br><br>Plaintiffs file class certification motions (along with previously served expert reports).[2] |

---

[1] The Parties shall meet and confer to arrange for any requested depositions of experts with respect to reports or declarations.

[2] Any challenges to an opposing party's submission of expert evidence, including *Daubert* challenges, shall be incorporated into the principal brief on class certification.

| Previous Date | Due Date | Event |
|---|---|---|
| May 8, 2018 | January 25, 2019 | Defendants file opposition to class certification motions (along with previously served expert reports). |
| June 8, 2018 | February 25, 2019 | Plaintiffs file replies to class certification. |
| TBD | | Hearing on class certification motions. |
| TBD | | Telephonic conference with Judge DuBois to address summary judgment briefing and further scheduling. |

Dated this 20th day of JULY, 2017

Hon. Jan E. DuBois
United States District Judge