APPENDIX  X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NIASPAN ANTITRUST LITIGATION | : | CIVIL ACTION |
| | : | |
| v. | : | All Cases |
| | : | |
| This Document Relates to: | : | NO.   2:13-md-2460-JD |
| ALL ACTIONS | : | |

ORDER

AND NOW, this _____ Day of _____, 20____, it is hereby

ORDERED that the application of <u>Dmitriy Tishyevich</u>, Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

  ☐   GRANTED.

  ☐   DENIED.

_____
            J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:13-md-2460-JD

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, _____Dmitriy Tishyevich_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.   *I state that I am currently admitted to practice in the following state jurisdictions:*

| California | 04/20/2011 | 275766 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| New York | 09/16/2015 | 5378617 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   *I state that I am currently admitted to practice in the following federal jurisdictions:*

| USDC, EDCA | 07/15/2011 | N/A |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| USDC, SDCA | 03/26/2012 | N/A |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| See Addendum | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for* Barr Pharmaceuticals, LLC; Teva Pharmaceuticals USA, Inc.; Teva Pharmaceutical Industries Ltd.; Teva Women's Health, Inc. (f/k/a Duramed Pharmaceuticals, Inc.); and Teva Sales and Marketing, Inc. (f/k/a Duramed Pharmaceuticals Sales Corp.)

_____
(Applicant's Signature)

08/01/2017
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Kirkland & Ellis LLP

601 Lexington Avenue, New York, NY 10022

Telephone: 212-446-4800

Sworn and subscribed before me this

1st Day of August 2017

_____
Notary Public

DENISE M. EARL
Notary Public, State of New York
No. 01EA4519927
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Dec. 19, 2018

10/04

Additional federal jurisdictions in which I am currently admitted to practice:

| Court Where Admitted | Admission Date | Attorney Identification Number |
|---|---|---|
| US District Court, DCO | 01/22/2015 | N/A |
| US Court of Appeals, Seventh Circuit | 05/23/2014 | N/A |

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____ Dmitriy Tishyevich _____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Joseph E. Wolfson | | 03/30/1988 | 44431 |
|---|---|---|---|
| Sponsor's Name | (Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Stevens & Lee

620 Freedom Business Center, Suite 200 King of Prussia, PA 19406

Telephone: 610-205-6019

Sworn and subscribed before me this

4th Day of August, 2017

Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
          NOTARIAL SEAL
   LINDA J. CLIFTON, Notary Public
  Upper Merion Twp., Montgomery County
My Commission Expires November 6, 2020
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NIASPAN ANTITRUST LITIGATION | : | CIVIL ACTION |
| | : | |
| v. | : | All cases |
| | : | |
| This Document Relates to: | : | |
| ALL ACTIONS | : | NO.  2:13-md-2460-JD |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of    Dmitriy Tishyevich

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was ~~mailed today with~~

~~xpostage prepaid toxxx~~ filed with the Court using the Court's Electronic

Document Filing System which served copies on all interested parties

registered for electronic filing.

_____

_____
Signature of Attorney

Joseph E. Wolfson
Name of Attorney

Teva Pharmaceuticals
Name of Moving Party

08/04/2017
Date