UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE NIASPAN ANTITRUST LITIGATION | MDL NO. 2460 |
|  | MASTER FILE NO. 13-MD-2460 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS |  |

## JOINT PROPOSED AGENDA

The Court has scheduled a telephonic status conference for Thursday, September 7, 2017 at 4:00 p.m. ET. In preparation for that conference, the parties submit the following Joint Proposed Agenda:

1. Status of AbbVie's supplemental production of documents.

2. Issues concerning the End Purchaser Plaintiffs' document productions raised in Defendants' Sept. 1, 2017 letter.

The parties will be prepared to address any further status updates the Court requests or questions that the Court may have.

Dated: September 5, 2017                    Respectfully submitted,

*For the End-Payor Plaintiffs*                *For the Direct Purchaser Class Plaintiffs*

/s/ Lori A. Fanning                          /s/ David F. Sorensen
Lori A. Fanning                              David F. Sorensen
Marvin A. Miller                             Andrew C. Curley
**MILLER LAW LLC**                           Nicholas Urban
115 South LaSalle Street, Suite 2910         **BERGER & MONTAGUE, P.C.**
Chicago, IL 60603                            1622 Locust Street
Tel: (312) 332-3400                          Philadelphia, PA 19103
                                             Tel: (215) 875-3000

| | |
|---|---|
| Kenneth A. Wexler<br>Bethany R. Turke<br>Justin N. Boley<br>**WEXLER WALLACE LLP**<br>55 West Monroe Street, Suite 3300<br>Chicago, IL 60603<br>Tel: (312) 346-2222 | Thomas M. Sobol<br>Lauren Guth Barnes<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142<br>Tel.: (617) 482-3700 |
| Steve D. Shadowen<br>**HILLIARD & SHADOWEN LLP**<br>919 Congress Ave., Suite 1325<br>Austin, TX 78701<br>Tel: (855) 344-3298 | Bruce E. Gerstein<br>Joseph Opper<br>Kimberly Hennings<br>**GARWIN GERSTEIN & FISHER LLP**<br>88 Pine Street, 10th Floor<br>New York, NY 10005<br>Tel.: (212) 398-0055 |
| Michael M. Buchman<br>John A. Ioannou<br>**MOTLEY RICE LLC**<br>600 Third Ave., 21st Floor<br>New York, NY 10016<br>Tel: (212) 577-0051 | *Interim Co-Lead Counsel for Direct Purchaser Class Plaintiffs* |
| *Interim Co-Lead Counsel for the End-Payor Class Plaintiffs* | |
| Jeffrey L. Kodroff<br>**SPECTOR ROSEMAN & KODROFF, P.C.**<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Tel: (215) 496-0300 | |
| *Interim Liaison Counsel for the End-Payor Class Plaintiffs* | |

| | |
|---|---|
| *For the Rite Aid Plaintiffs:* | *For the Walgreen Plaintiffs:* |
| /s/ Barry F. Refsin<br>Barry L. Refsin<br>**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>Tel.: (215) 496-7031 | /s/ Scott E. Perwin<br>Scott E. Perwin<br>Lauren C. Ravkind<br>Anna T. Neill<br>**KENNY NACHWALTER P.A.**<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, FL 33131<br>Tel.: (305) 373-1000 |
| Monica L. Rebuck<br>Eric L. Bloom<br>**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**<br>4400 Deer Path Road, Suite 200<br>Harrisburg, PA 17110<br>Tel.: (717) 364-1007 | *Attorneys for Walgreen Plaintiffs* |
| *Attorneys for Rite Aid Plaintiffs* | |

*For Giant Eagle, Inc.:*
_____

/s/ Brian C. Hill
Bernard D. Marcus
Scott D. Livingston
Moira Cain-Mannix
Brian C. Hill
Erin Gibson Allen
**MARCUS & SHAPIRA LLP**
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA  15219
Phone: (412) 471-3490
Fax: (412) 391-8758

*Attorneys for Plaintiff, Giant Eagle, Inc.*

*For the AbbVie Defendants:*

/s/ Gregory M. Sergi
Jeffrey I. Weinberger
Stuart N. Senator
Gregory M. Sergi
Blanca F. Young
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 683-9100
Paul H. Saint-Antoine
**DRINKER BIDDLE & REATH LLP**
One Logan Square, Suite 2000
Philadelphia, PA  19103
Tel: (215) 988-2700
*Attorneys for Defendants AbbVie Inc., Abbott Laboratories, and Abbott Respiratory, LLC*

*For the Teva Defendants:*

/s/ Devora W. Allon
Devora W. Allon
Dmitriy Tishyevich
Erin H. Ogburn
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 8446-5967
Fax: (212) 446-4900

Joseph E. Wolfson
**STEVENS & LEE**
620 Freedom Business Center, Suite 200
King of Prussia, PA  19406
Tel: (610) 205-6000

*Attorneys for Defendants Barr Pharmaceuticals Inc., Teva Pharmaceuticals Inc., Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., Teva Women's Health, Inc. (f/k/a Duramed Pharmaceuticals Inc.), and Duramed Pharmaceuticals Sales Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2017 I filed the foregoing via the Court's CM/ECF System, which will send notification of the filing to all counsel of record registered with the CM/ECF System.