IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>NIASPAN ANTITRUST LITIGATION | MDL NO. 2460 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MASTER FILE NO. 13-MD-2460 |

## [Proposed] SIXTH AMENDED SCHEDULING ORDER

**IT IS ORDERED** that the deadlines in the above-caption action are **AMENDED** as follows:

| Previous Date | Due Date | Event |
|---|---|---|
| March 30, 2018 | March 30, 2018 | Close of fact discovery - all discovery requests and subpoenas must be served to be answerable by this date, except as noted below. |
| April 6, 2018 | April 6, 2018 | Completion of depositions of designees of Lupin Pharmaceuticals, Inc., City of Providence, and all other depositions as addressed at the March 29, 2018, status conference.<br>Giant Eagle files report regarding data production by McKesson Corporation. |
| April 12, 2018 | April 12, 2018 | Completion of deposition of designee of McKesson Corporation. |
| April 13, 2018 | April 17, 2018 | Completion of depositions of designees of entities addressed in this Court's Order dated March 20, |
| May 3, 2018 | May 31, 2018 | Plaintiffs serve opening expert reports. |
| May 17, 2018 | June 18, 2018 | Plaintiffs provide defendants with demands. |
| June 15, 2018 | July 16, 2018 | The parties file a joint settlement report. |
| July 27, 2018 | August 27, 2018 | Defendants serve opposition expert reports. |
| September 21, 2018 | October 22, 2018 | Plaintiffs serve rebuttal expert reports. |
| November 19, 2018 | December 19, 2018 | Close of expert depositions.<br>Plaintiffs file class certification motions (along with previously served expert reports). |
| January 25, 2019 | February 25, 2019 | Defendants file opposition to class certification motions (along with previously served expert reports). |

| Previous Date | Due Date | Event |
|---|---|---|
| February 25, 2019 | March 25, 2019 | Plaintiffs file replies to class certification motions. |
| TBD | TBD | Hearing on class certification motions. |
| TBD | TBD | Telephonic conference with Judge DuBois to address summary judgment briefing and further scheduling. |

BY THE COURT:

/s/ Jan E. DuBois
DuBOIS, JAN E., J.
4/17/18