UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NIASPAN ANTITRUST LITIGATION | MDL NO. 2460 |
| | MASTER FILE NO. 13-MD-2460 |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

**JOINT PROPOSED AGENDA**

The Court has scheduled a telephonic status conference for Friday, June 22, 2018 at 4:00 p.m. ET. The parties have no issues to discuss with the Court at this time, and therefore respectfully suggest that the conference be deferred until a later date. The parties submit the following discovery and settlement updates, and, of course, are available on June 22, 2018 should the Court wish to discuss these items or any other issues.

1. Update on fact witness depositions: The deposition of Timothy Catlett took place on June 11, 2018. There are no outstanding fact witness depositions.

2. Update on expert discovery: On May 31, 2018, Plaintiffs served fifteen expert reports.

3. Update on settlement demands and discussions: Pursuant to the Sixth Amended Scheduling Order (ECF No. 534), on June 18, 2018, Plaintiffs served written settlement demands.

\*   \*   \*

Dated:  June 19, 2018

Respectfully submitted,

*For the End-Payor Plaintiffs*

/s/ Jeffrey L. Kodroff
Jeffrey L. Kodroff
Spector Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300

*Interim Liaison Counsel for the
End-Payor Class Plaintiffs*

Kenneth A. Wexler
Bethany R. Turke
Justin N. Boley
**WEXLER WALLACE LLP**
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Tel:  (312) 346-2222

Steve D. Shadowen
**HILLIARD & SHADOWEN LLP**
919 Congress Ave., Suite 1325
Austin, TX  78701
Tel:  (855) 344-3298

Marvin A. Miller
Lori A. Fanning
**MILLER LAW LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL  60603
Tel:  (312) 332-3400

Michael M. Buchman
John A. Ioannou
**MOTLEY RICE LLC**
600 Third Ave., 21st Floor
New York, NY  10016
Tel:  (212) 577-0051

*Interim Co-Lead Counsel for the
End-Payor Class Plaintiffs*

*For the Direct Purchaser Class Plaintiffs*

/s/ Hannah Schwarzschild
Thomas M. Sobol
Jessica MacAuley
Hannah Schwarzschild
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel.: (617) 482-3700

David F. Sorensen
Andrew C. Curley
Nicholas Urban
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA  19103
Tel:  (215) 875-3000

Bruce E. Gerstein
Joseph Opper
Kimberly Hennings
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 10th Floor
New York, NY 10005
Tel.: (212) 398-0055

*Interim Co-Lead Counsel for
Direct Purchaser Class Plaintiffs*

*For the Rite Aid Plaintiffs:*

/s/ Barry F. Refsin
Barry L. Refsin
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
One Logan Square, 27th Floor
Philadelphia, PA 19103
Tel.: (215) 496-7031

Monica L. Kiley
Eric L. Bloom
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
2805 Old Post Road, Suite 100
Harrisburg, PA 17110
Tel.: (717) 364-1007

*Attorneys for Rite Aid Plaintiffs*

*For Giant Eagle, Inc.:*

/s/ Brian C. Hill
Bernard D. Marcus
Scott D. Livingston
Moira Cain-Mannix
Brian C. Hill
Erin Gibson Allen
**MARCUS & SHAPIRA LLP**
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA  15219
Phone: (412) 471-3490
Fax: (412) 391-8758

*Attorneys for Plaintiff, Giant Eagle, Inc.*

*For the Walgreen Plaintiffs:*

/s/ Scott E. Perwin
Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
**KENNY NACHWALTER P.A.**
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Tel.: (305) 373-1000

*Attorneys for Walgreen Plaintiffs*

| | |
|---|---|
| *For the AbbVie Defendants:* | *For the Teva Defendants:* |

/s/ Gregory M. Sergi
Jeffrey I. Weinberger
Stuart N. Senator
Gregory M. Sergi
Blanca F. Young
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 683-9100

Paul H. Saint-Antoine
**DRINKER BIDDLE & REATH LLP**
One Logan Square, Suite 2000
Philadelphia, PA 19103
Tel: (215) 988-2700
*Attorneys for Defendants AbbVie Inc., Abbott Laboratories, and Abbott Respiratory, LLC*

/s/ Devora W. Allon
Devora W. Allon
Dmitriy Tishyevich
Thomas Somerset Burnett
Erin H. Ogburn
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: 212-446-4800

Adam T. Humann
Jonathan D. Janow
Alexandra I. Russell
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 879-5200

Joseph E. Wolfson
**STEVENS & LEE**
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Tel: (610) 205-6000

*Attorneys for Defendants Barr Pharmaceuticals LLC, Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., Teva Women's Health, Inc. (f/k/a Duramed Pharmaceuticals Inc.), and Duramed Pharmaceuticals Sales Corp.*