# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>NIASPAN ANTITRUST LITIGATION | MDL NO. 2460 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MASTER FILE NO. 13-MD-2460 |

## ORDER

**AND NOW**, this 12th day of October, 2018, upon consideration of defendants' proposed Seventh Amended Scheduling Order (Document No. 555, filed October 9, 2018), the Court concluding that the proposed extensions of time included in the proposed Seventh Amended Scheduling Order will unduly delay resolution of class certification motions, **IT IS ORDERED** that the proposed Seventh Amended Scheduling Order is **REJECTED**. The Court will address in the status conference scheduled for October 25, 2018, the stated reason for the requested extensions of time in the proposed Seventh Amended Scheduling Order – the difficulty encountered by the parties in completing expert witness depositions by the current deadline, December 19, 2018. In the interim, the parties shall endeavor to meet the current deadline, December 19, 2018, for completing all necessary expert witness depositions.

**BY THE COURT:**

/s/ Jan E. DuBois
DuBOIS, JAN E., J.