IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>NIASPAN ANTITRUST LITIGATION | MDL NO. 2460 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MASTER FILE NO. 13-MD-2460 |

## O R D E R

**AND NOW**, this 16th day of May, 2019, following a hearing on the pending motions for class certification and the related *Daubert* motions on May 14 and 15, 2019, **IT IS ORDERED** that a telephone status conference with interim liaison counsel is **SCHEDULED** for Monday, July 1, 2019, at 4:00 p.m. Counsel for Abbvie shall initiate the telephone conference. Any other attorneys interested in participating in the telephone conference may do so.

The Court will address during the telephone status conference any issues arising from the hearing on the pending motions for class certification and the related *Daubert* motions and any other issues ripe for discussion. The parties may present additional issues at the telephone status conference by submitting a joint proposed agenda to the Court on or before the close of business on June 27, 2019.

The telephone status conference will be recorded. Further telephone status conferences will be scheduled during the July 1, 2019 telephone status conference.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.