# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE NIASPAN ANTITRUST LITIGATION | : |
| | : MDL NO. 2460 |
| | : |
| | : MASTER FILE NO. 13-MD-2460 |
| | : |
| THIS DOCUMENT RELATES TO: | : |
| | : |
| | : |
| ALL ACTIONS | : |
| | : |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that D. Sean Nation, of Hilliard Shadowen LLP, hereby withdraws his

appearance on behalf of the End-Payor Plaintiffs in the above-captioned action. The law firm of

Hilliard Shadowen LLP will continue to represent the Plaintiffs in this Action.

Dated: August 9, 2019.                          Respectfully submitted,

/s/ *D. Sean Nation*
D. Sean Nation (admitted *pro hac vice*)
**HILLIARD  SHADOWEN LLP**
1135 West 6th Street Suite 125
Austin, TX  78703
Tel: (855) 344-3928
sean@hilliardshadowen.com

## **CERTIFICATE OF SERVICE**

I, Sean Nation, hereby certify that this document was electronically filed with the Clerk of the Court by using the CM/ECF System, which will send notification of such filing on all registered CM/ECF users and electronic copies will be sent to those indicated as non-registered ECF participants on this 9th day of August, 2019.

Dated: August 9, 2019                              */s/ Sean Nation*

                                                             Sean Nation