# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    MDL NO. 2460
NIASPAN ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:                 MASTER FILE NO. 13-MD-2460
ALL ACTIONS

## O R D E R

**AND NOW**, this 13th day of August, 2019, upon consideration of Direct Purchaser Class

Plaintiffs' Motion for Class Certification (Document Nos. 577 & 579, filed December 19, 2019),

defendants' Memorandum of Law in Opposition to Direct Purchaser Plaintiffs' Motion for Class

Certification (Document Nos. 606 & 607, filed February 25, 2019), and Reply in Further Support

of Direct Purchaser Class Plaintiffs' Motion for Class Certification (Document Nos. 624 & 625,

filed March 25, 2019), and following Hearings on May 14, 2019, and July 23, 2019, for the

reasons stated in the accompanying Memorandum dated August 13, 2019, **IT IS ORDERED**

that Direct Purchaser Class Plaintiffs' Motion for Class Certification is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1.      The following Direct-Purchaser Plaintiff ("DPP") class is hereby **CERTIFIED**

pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3):

> All persons or entities in the United States and its territories who purchased brand
> name Niaspan directly from any defendant, and generic Niaspan (extended-release
> niacin) at any time during the period April 5, 2009 through June 26, 2014; or who
> purchased generic Niaspan (extended-release niacin) directly from any defendant
> during that time period; or who purchased brand name Niaspan directly from any
> defendant at any time after April 5, 2009 but ceased operations before generic
> Niaspan entered in September 2013. Excluded from the class are the defendants,
> their officers, directors, management, employees, subsidiaries, and affiliates, and
> all federal governmental entities;

2.      The following plaintiffs are **APPOINTED** as representatives of the DPP class:

Rochester Drug Co-Operative, Value Drug, and Professional Drug Company Inc.;

3.      The law firms of Berger Montague PC, Garwin Gerstein & Fisher LLP, and Hagens Berman Sobol Shapiro LLP are hereby **APPOINTED** as Co-Lead Counsel to the DPP class; and

4.      Within 30 days of the date of this Order, the parties shall submit an agreed-upon proposed notice program and a form of notice to DPP class members.  If the parties are unable to agree on the proposed notice program and/or form of notice, they shall submit separate proposals by that date.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**_____**

**DuBOIS, JAN E., J.**