IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>NIASPAN ANTITRUST LITIGATION | MDL NO. 2460 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MASTER FILE NO. 13-MD-2460 |

## O R D E R

**AND NOW**, this 17th day of August, 2021, upon consideration of End-Payor Plaintiffs' Renewed Motion for Class Certification ("EPPs' Renewed Motion") (Document No. 722, filed September 4, 2020), defendants' Opposition to EPPs' Renewed Motion (Document No. 725, filed November 6, 2020), defendants' Supplemental Opposition to EPPs' Renewed Motion (Document No. 729, filed December 4, 2020), EPPs' Reply Memorandum of Law in Further Support of Their Renewed Motion (Document No. 734, filed December 18, 2020), EPPs' Motion for Leave to File the Expert Reply Report of Ms. Laura Craft (Document No. 735, filed December 19, 2020), defendants' Response in Opposition to EPPs' Motion for Leave to File (Document No. 739, filed January 4, 2021), defendants' Additional Opposition to EPPs' Motion for Leave to File (Document No. 740, filed January 6, 2021), EPPs' Notice of Supplemental Authority (Document No. 748, filed February 12, 2021), defendants' Response to EPPs' Notice of Supplemental Authority (Document No. 749, filed February 23, 2021), EPPs' Amended Reply Memorandum of Law in Further Support of Their Renewed Motion (Document No. 752, filed March 4, 2021), defendants' Response to Reply Declaration of Laura Craft (Document No. 754, filed March 10, 2021), EPPs' Reply to Defendants' Response to Reply Declaration of Laura Craft (Document No. 759, filed May 7, 2021), EPPs' Supplemental Authority Regarding Renewed Motion (Document No. 760, filed May 19, 2021), and defendants' Response to EPPs' Supplemental Authority (Document No. 761, filed May 27, 2021), for the reasons stated in the

accompanying Memorandum dated August 17, 2021, **IT IS ORDERED** that End-Payor Plaintiffs' Renewed Motion for Class Certification is **DENIED**.

      **IT IS FURTHER ORDERED** that a conference for the purpose of scheduling further proceedings will be conducted in due course.  In the interim, on or before September 7, 2021, counsel shall jointly submit an agreed-upon proposed schedule for further proceedings.

                                    **BY THE COURT:**

                                    **/s/ Hon. Jan E. DuBois**

                                    **DuBOIS, JAN E., J.**