## MUNGER, TOLLES & OLSON LLP

RONALD L. OLSON
ROBERT E. DENHAM
JEFFREY I. WEINBERGER
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
BRADLEY S. PHILLIPS
GEORGE M. GARVEY
WILLIAM D. TEMKO
JOHN W. SPIEGEL
DONALD B. VERRILLI, JR.*
TERRY E. SANCHEZ
STEVEN M. PERRY
MARK B. HELM
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
KATHLEEN M. MᶜDOWELL
GLENN D. POMERANTZ
THOMAS B. WALPER
HENRY WEISSMANN
KEVIN S. ALLRED
JEFFREY A. HEINTZ
JUDITH T. KITANO
JEROME C. ROTH
GARTH T. VINCENT
TED DANE
STUART N. SENATOR
MARTIN D. BERN
ROBERT L. DELL ANGELO
JONATHAN E. ALTMAN
KELLY M. KLAUS
DAVID B. GOLDMAN
DAVID H. FRY
LISA J. DEMSKY
MALCOLM A. HEINICKE
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
LUIS LI
CAROLYN HOECKER LUEDTKE
C. DAVID LEE
BRETT J. RODDA*
FRED A. ROWLEY, JR.
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
ROSEMARIE T. RING
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM

MISTY M. SANFORD
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
LAURA D. SMOLOWE
ANJAN CHOUDHURY
KYLE W. MACH
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
MATTHEW A. MACDONALD
BRYAN H. HECKENLIVELY
ELAINE J. GOLDENBERG*
MARK R. YOHALEM
GINGER D. ANDERS*
MARGARET G. MARASCHINO
JOHN M. GILDERSLEEVE
ADAM B. WEISS
GEORGE CLAYTON FATHEREE, III
KELLY L.C. KRIEBS
JEREMY A. LAWRENCE
LAURA K. LIN
ACHYUT J. PHADKE
ZACHARY M. BRIERS
JENNIFER M. BRODER
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
ROSE LEDA EHLER
ERIC P. TUTTLE
JOHN W. BERRY
ROBYN K. BACON
JORDAN D. SEGALL
DAVID S. HONG
JONATHAN KRAVIS*
KAREN A. LORANG
JOHN L. SCHWAB
EMILY C. CURRAN-HUBERTY
MATTHEW S. SCHONHOLZ
AIMEE M. CONTRERAS-CAMUA
L. ASHLEY AULL
WESLEY T.L. BURRELL
CRAIG JENNINGS LAVOIE
JENNIFER L. BRYANT
NICHOLAS D. FRAM
JESSICA REICH BARIL
JULIANA M. YEE
JEREMY K. BEECHER

MATTHEW K. DONOHUE
JORDAN X. NAVARRETTE
JOHN B. MAJOR
LAUREN C. BARNETT
C. HUNTER HAYES
TREVOR N. TEMPLETON
SKYLAR B. GROVE
SARAH S. LEE
LAURA M. LOPEZ
MICHAEL C. BAKER
COLIN A. DEVINE
DANE P. SHIKMAN
LEXI PEACOCK
MAGGIE THOMPSON
SAMUEL H. ALLEN
ALLISON M. DAY
JONATHAN S. MELTZER*
LAUREN H. HARDING
STEPHANIE G. HERRERA
TERESA REED DIPPO
DANIEL BENYAMIN
SARA A. MCDERMOTT
J. MAX ROSEN
RACHEL G. MILLER-ZIEGLER*
ALISON F. KAROL SIGURÐSSON
ANNE K. CONLEY
DAVID W. MORESHEAD
ANDRE W. BREWSTER III
TERRA D. LAUGHTON
ROWLEY J. RICE
DAHLIA MIGNOUNA*
BRANDON R. TEACHOUT
LUCAS J. ARTAIZ
USHA CHILUKURI VANCE
TYLER HILTON
VINCENT LING
ALEXANDER S. GORIN
ZARA BARI
BRENDAN B. GANTS*
MARI T. SAIGAL
LAUREN E. ROSS*
BENJAMIN G. BAROKH
ABE DYK
MICHELE C. NIELSEN
APRIL YOUPEE-ROLL
DAVID T. FREENOCK
COBUS VAN DER VEN*
MARIANNA MAO
MEGAN MCCREADIE
OMAR H. NOURELDIN
STEPHEN HYLAS

ARIEL TESHUVA
SHANNON GALVIN AMINIRAD
LLOYD MARSHALL
NATALIE KARL
BRANDON MARTINEZ
ANDREW LEWIS
CARRIE C. LITTEN
RUBY J. GARRETT*
BEAU C. TREMITIERE
JAMES R. SALZMANN
ELIZABETH DOUGLAS
SAMIR HALAWI
ROBIN S. GRAY
MICA L. MOORE
JOSEPH MOSES
MICHAEL I. SELVIN
ALICE X. WANG
HUNTER V. ARMOUR
NATHANIEL F. SUSSMAN
PAUL E. MARTIN
REBECCA L. SCIARRINO
CORY M. BATZA
BRIAN R. BOESSENECKER
AVI REJWAN OVED
ROBERT E. BOWEN
RICHARD T. JOHNSON
GRACE DAVIS FISHER
CALEB W. PEIFFER
ANDRÉS CANTERO, JR.

OF COUNSEL

ROBERT K. JOHNSON
PATRICK J. CAFFERTY, JR.
PETER A. DETRE
BRAD SCHNEIDER
PETER E. GRATZINGER
JENNY H. HONG
KIMBERLY A. CHI
ADAM R. LAWTON
MICHAEL E. GREANEY
SARAH J. COLE

E. LEROY TOLLES
(1922-2008)

*ADMITTED IN DC,
ALL OTHERS ADMITTED IN CA

350 SOUTH GRAND AVENUE

FIFTIETH FLOOR

LOS ANGELES, CALIFORNIA 90071-3426

TELEPHONE (213) 683-9100

FACSIMILE (213) 687-3702

———

560 MISSION STREET

TWENTY-SEVENTH FLOOR

SAN FRANCISCO, CALIFORNIA 94105-3089

TELEPHONE (415) 512-4000

FACSIMILE (415) 512-4077

———

601 MASSACHUSETTS AVENUE NW

SUITE 500E

WASHINGTON, D.C. 20001-5369

TELEPHONE (202) 220-1100

FACSIMILE (202) 220-2300

September 7, 2021

Writer's Direct Contact
(213) 683-9528
(213) 683-4028 FAX
stuart.senator@mto.com

**VIA ECF**

The Honorable Jan Dubois
United States District Court
Eastern District of Pennsylvania
Room 12613
601 Market Street
Philadelphia, PA 19106

    Re:    <u>In re: Niaspan Antitrust Litigation</u>, Master File No. 2:13-md-02460-JD

Dear Judge Dubois:

In accordance with the Court's Order dated August 17, 2021, Defendants met and conferred with Plaintiffs regarding a proposed schedule for further proceedings in this case. Plaintiffs and Defendants were unable to reach agreement. Defendants have attached a chart showing their proposal and what Plaintiffs have told us is their proposal. We understand that Plaintiffs are planning to submit their proposal separately as well.

The major area of disagreement is on when briefing of summary judgment and motions should take place. As Defendants have previously explained, we believe that the briefing should commence only once EPP class certification is finally decided. While this Court recently denied the EPPs' renewed class certification motion, EPPs have filed a petition for permission to appeal that ruling to the Third Circuit. Defendants' answer to that petition is due this Friday, September 10. If the Third Circuit promptly denies the petition, the differences

MUNGER, TOLLES & OLSON LLP

The Honorable Jan Dubois
September 7, 2021
Page 2

between the parties' respective proposed timing will not be great.  On the other hand, if the Third Circuit allows full merits briefing, the differences could be significant.

As Defendants have previously said, *see* EFC No. 713, they believe that they should be permitted to brief summary judgment and *Daubert* motions with knowledge of whose claims remain to be litigated.  This is true both for due process reasons and because the identity of the parties may affect the content of the motions.  For example, Defendants cannot evaluate damages arguments without knowing whether EPPs propose to apply their damages methodology to an EPP class or to individual EPPs.  For that reason, Defendants submit that the EPP class certification motion should be finally decided before the summary judgment and *Daubert* motions calendar commences.

Very truly yours,

*/s/ Stuart N. Senator*

Stuart N. Senator

The Honorable Jan Dubois
September 7, 2021
Page 3

<b><u>SCHEDULING PROPOSALS</u></b>

| Event | Plaintiffs' Proposal | Defendants' Proposal | Additional Notes |
|---|---|---|---|
| All dispositive motions and *Daubert* motions filed and served. | Nov. 8, 2021 | 60 days after conclusion of EPP petition to appeal/appeal class certification, excluding last two weeks of December from calculation if applicable | Plaintiffs propose that no party shall file a dispositive motion before this date without prior leave of Court. |
| Responses to dispositive motions and *Daubert* motions filed and served. | Jan. 25, 2022 | 60 days after motions filed, excluding last two weeks of December from calculation if applicable | |
| Reply briefs to dispositive motions and *Daubert* motions filed and served. Hearing on motions TBD. | Feb. 25, 2022 | 40 days after oppositions | |
| Parties submit joint proposed trial plan, to include, but not be limited to, an identification of the common issues to be presented at trial, and a proposed procedure for an adjudication of any individualized issues relating to damages.  Any areas of disagreement between the parties on the trial plan shall be highlighted for the Court. | Mar. 7, 2022 | 30 days after ruling on MSJs and Dauberts. | Plaintiffs propose that the trial plan be limited to the claims of the DPPs and the retailer plaintiffs.<br><br>Defendants propose that the trial plan include all MDL plaintiffs, including end payor plaintiffs. |
| Private mediation, all parties. | Beginning on or around Mar. 14, 2022 | Approximately 30 days after close of MSJ and Daubert briefing | |
| Parties to exchange initial list of trial exhibits (including exhibits themselves) pursuant to Rule 26(a)(3)(A)(iii) (other than documents used for cross and demonstratives). | July 15, 2022 | At least the same interval proposed by Plaintiffs between the submission of the trial plan and this event.<br><br>Dates for pretrial exchanges should be keyed off of the date for the pretrial conference and trial, which should not be set until summary judgment motions are decided. | |

MUNGER, TOLLES & OLSON LLP

The Honorable Jan Dubois
September 7, 2021
Page 4

| Event | Plaintiffs' Proposal | Defendants' Proposal | Additional Notes |
|---|---|---|---|
| Parties to exchange lists of proposed witnesses and deposition designations pursuant to Rule 26(a)(3)(A)(ii). | July 29, 2022 | 3 weeks after exchange of exhibit list. | |
| Parties to file any motions *in limine* after having met and conferred in an effort to resolve each such motion; parties to exchange objections to exhibits, witness lists and deposition designations, and serve counter-deposition designations. | Aug. 5, 2022 | In limine motions should be filed and deposition counter-designations should be exchanged 3 weeks after exchange of deposition designations.<br><br>Exhibits should be objected to when introduced.  Pre-trial objections to exhibits should be made only when a pre-trial admissibility ruling is sought.  Other objections can be made at trial and need not be anticipated for all ways in which a document will be used and listed "for the record" in the submission. | |
| Parties to file oppositions to any motions *in limine,* and exchange drafts of proposed jury *voir dire* questions, verdict sheets and jury instructions. Parties serve responses to counter-deposition designations. | Aug. 19, 2022 | 3 weeks after the prior event. | |
| Parties jointly submit all jointly proposed jury *voir dire* questions, verdict sheets, and jury instructions to the Court; any party may submit additional proposed jury *voir dire* questions, verdict sheets, and jury instructions as to which the parties have not been able to agree, in a manner designed to facilitate Court decision of disputes. | Aug. 31, 2022 | 3 weeks after the prior event. | |

MUNGER, TOLLES & OLSON LLP

The Honorable Jan Dubois
September 7, 2021
Page 5

| Event | Plaintiffs' Proposal | Defendants' Proposal | Additional Notes |
|---|---|---|---|
| Parties file joint final pretrial conference statement, which shall include any stipulated facts agreed to by the parties, trial exhibits (and objections thereto, in a manner designed to facilitate Court decision of disputes) and deposition designations (and objection thereto, in a manner designed to facilitate Court decision of disputes); parties file trial briefs. | Aug. 19, 2022 | Two weeks prior to final pretrial conference.<br><br>There should not be a separate trial brief. All "trial brief" issues should be set forth in the pretrial conference statement unless there are significant non-jury issues to try.<br><br>As noted above, the parties can submit objections to trial exhibits through in limine motions if they need decision pre-trial. | If trial briefs are filed, the following are the proposals for page limits:<br><br>Plaintiffs: Trial briefs are limited to 20 pages in length. The group of all Direct Purchaser Plaintiffs shall jointly file one trial brief; the group of all Retailer Plaintiffs shall jointly file one trial brief; the group of all AbbVie Defendants shall jointly file one trial brief; and the group of all Teva Defendants shall jointly file one trial brief. Any group may incorporate by reference any other group's trial brief in whole or in part.<br><br>Defendants: Each side shall have 40 pages for its trial briefs, which may be allocated among parties on each side as they agree among themselves. Each side shall strive to file a single integrated brief. Note that EPPs are also participants here. |
| Final pre-trial conference and hearing on outstanding motions. | Aug. 31, 2022 | To be set in accordance with Court's calendar. | |
| This matter shall be specially listed for trial to commence on this date, with an estimated trial length of 3-4 weeks, depending on the Court's rulings as to the structure of the trial. | Oct. 10, 2022 | To be set in accordance with Court's calendar, at least two weeks after final pretrial conference and hearing on outstanding motions. | |