# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NIASPAN ANTITRUST LITIGATION | MDL No. 2460 |
| | Master File No. 2:13-md-02460 |
| This Document Relates To:<br><br>Direct Purchaser Actions | |

## PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF DR. PIERRE-YVES CREMIEUX'S PROPOSED TESTIMONY

Direct Purchaser Class Plaintiffs and Retailer Plaintiffs (collectively, "Plaintiffs") respectfully move the Court, pursuant to Federal Rule of Evidence 702, to exclude Paragraphs 72 through 80, 185, 223, and 224 from the Expert Report of Dr. Pierre-Yves Cremieux, as well as any related opinions or testimony.

In support of the motion, Plaintiffs hereby incorporate and rely upon the accompanying Memorandum of Law and the Declaration of Caitlin Coslett, and exhibits thereto. A Proposed Order is also submitted herewith.

1

Dated: January 7, 2022

Respectfully submitted,

/s/ David F. Sorensen
David F. Sorensen
Caitlin G. Coslett
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Tel.: (215) 875-3000
dsorensen@bm.net
ccoslett@bm.net

Thomas M. Sobol
Jessica MacAuley
Hannah Schwarzschild
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel.: (617) 482-3700
tom@hbsslaw.com
jessicam@hbsslaw.com
hannahs@hbsslaw.com

Bruce E. Gerstein
Joseph Opper
Dan Litvin
GARWIN GERSTEIN & FISHER LLP
88 Pine Street, 10th Floor
New York, NY 10005
Tel.: (212) 398-0055
bgerstein@garwingerstein.com
jopper@garwingerstein.com
dlitvin@garwingerstein.com

*Co-Lead Counsel for Direct Purchaser Class Plaintiffs*

Barry L. Refsin
Alexander J. Egerváry
HANGLEY ARONCHICK SEGAL PUDLIN
& SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
Tel.: (215) 568-6200
brefsin@hangley.com
aegervary@hangley.com

Monica L. Kiley
Eric L. Bloom
HANGLEY ARONCHICK SEGAL PUDLIN
& SCHILLER
2805 Old Post Road, Suite 100
Harrisburg, PA 17110
Tel.: (717) 364-1030
mkiley@hangley.com
ebloom@hangley.com

***Counsel for Plaintiffs CVS Pharmacy, Inc., Rite Aid Corp., Rite Aid Hdqtrs. Corp., JCG (PJC) USA, LLC, Maxi Drug, Inc. d/b/a/ Brooks Pharmacy and Eckerd Corporation***

Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
KENNY NACHWALTER, P.A.
1100 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
Tel.: (305) 373-1000
sep@kennynachwalter.com
lravkind@kennynachwalter.com
aneill@kennynachwalter.com

***Counsel for Plaintiffs Walgreen Co. et al.***

Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
Erin Gibson Allen
Joshua A. Kobrin
MARCUS & SHAPIRA LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA 15219
Tel.: (412) 471-3490
marcus@marcus-shapira.com
cain-mannix@marcus-shapira.com
hill@marcus-shapira.com
allen@marcus-shapira.com
kobrin@macrus-shapira.com

***Counsel for Plaintiff Giant Eagle, Inc.***

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2022, I caused a copy of the foregoing to be served on counsel of record for Defendants by email.

                                                   Respectfully submitted,

                                                   /s/ *David F. Sorensen*
                                                   David F. Sorensen