**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NIASPAN ANTITRUST LITIGATION | MDL No. 2460 |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Case No. 2:13-md-2460-TJS<br><br>**FILED UNDER SEAL** |

**DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT OPINIONS OF EDWARD J. BUTHUSIEM REGARDING "FAIR VALUE"**

# FILED UNDER SEAL