UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NIASPAN ANTITRUST LITIGATION | MDL No. 2460 |
| | Master File No. 2:13-md-2460 |
| THIS DOCUMENT RELATES TO: | |
| | Hon. Timothy J. Savage |
| All Actions | |
| | **FILED UNDER SEAL** |

**DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE CERTAIN TESTIMONY OF DEFENDANTS' EXPERT BRUCE E. STANGLE, Ph.D.**

# FILED UNDER SEAL