IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NIASPAN ANTITRUST LITIGATION | MDL No. 2460 |
| | Master File No. 2:13-md-02460 |
| This Document Relates To: | **FILED UNDER SEAL** |
| Direct Purchaser Actions | |

**DIRECT PURCHASER CLASS PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND PROPOSED DAMAGES TESTIMONY OF DR. JEFFREY LEITZINGER**

1

# DIRECT PURCHASER CLASS PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND PROPOSED DAMAGES TESTIMONY OF DR. JEFFREY LEITZINGER

## FILED UNDER SEAL

Dated: February 18, 2022                                      Respectfully submitted,

/s/ David F. Sorensen
David F. Sorensen
Caitlin G. Coslett
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Tel.: (215) 875-3000
dsorensen@bm.net
ccoslett@bm.net

| | |
|---|---|
| Thomas M. Sobol | Bruce E. Gerstein |
| Jessica MacAuley | Joseph Opper |
| Hannah Schwarzschild | Dan Litvin |
| HAGENS BERMAN SOBOL SHAPIRO LLP | GARWIN GERSTEIN & FISHER LLP |
| 55 Cambridge Parkway, Suite 301 | 88 Pine Street, 10th Floor |
| Cambridge, MA 02142 | New York, NY 10005 |
| Tel.: (617) 482-3700 | Tel.: (212) 398-0055 |
| tom@hbsslaw.com | bgerstein@garwingerstein.com |
| jessicam@hbsslaw.com | jopper@garwingerstein.com |
| hannahs@hbsslaw.com | dlitvin@garwingerstein.com |

*Co-Lead Counsel for Direct Purchaser Class Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2022, I caused a copy of the foregoing to be served on counsel of record for Defendants by email.

        Respectfully submitted,

        /s/ *David F. Sorensen*
        David F. Sorensen