# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NIASPAN ANTITRUST LITIGATION | MDL No. 2460 |
| | Master File No. 2:13-md-02460 |
| This Document Relates To: | **FILED UNDER SEAL** |
| Direct Purchaser Actions | |

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT

# [FILED UNDER SEAL]

Dated: February 18, 2022

Respectfully submitted,

*/s/ David F. Sorensen*
David F. Sorensen
Caitlin G. Coslett
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Tel.: (215) 875-3000
dsorensen@bm.net
ccoslett@bm.net

Thomas M. Sobol
Jessica MacAuley
Hannah Schwarzschild
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel.: (617) 482-3700
tom@hbsslaw.com
jessicam@hbsslaw.com
hannahs@hbsslaw.com

Bruce E. Gerstein
Joseph Opper
Dan Litvin
GARWIN GERSTEIN & FISHER LLP
88 Pine Street, 10th Floor
New York, NY 10005
Tel.: (212) 398-0055
bgerstein@garwingerstein.com
jopper@garwingerstein.com
dlitvin@garwingerstein.com

*Co-Lead Counsel for Direct Purchaser Class Plaintiffs*

Barry L. Refsin
Alexander J. Egerváry
HANGLEY ARONCHICK SEGAL PUDLIN
 & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
Tel.: (215) 568-6200
brefsin@hangley.com
aegervary@hangley.com

Monica L. Kiley
Eric L. Bloom
HANGLEY ARONCHICK SEGAL PUDLIN
 & SCHILLER
2805 Old Post Road, Suite 100
Harrisburg, PA 17110
Tel.: (717) 364-1030
mkiley@hangley.com
ebloom@hangley.com

*Counsel for Plaintiffs CVS Pharmacy, Inc., Rite Aid Corp., Rite Aid Hdqtrs. Corp., JCG (PJC) USA, LLC, Maxi Drug, Inc. d/b/a/ Brooks Pharmacy, and Eckerd Corporation*

Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
KENNY NACHWALTER, P.A.
1100 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
Tel.: (305) 373-1000
sep@kennynachwalter.com
lravkind@kennynachwalter.com
aneill@kennynachwalter.com

*Counsel for Plaintiffs Walgreen Co. et al.*

Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
Erin Gibson Allen
Joshua A. Kobrin
MARCUS & SHAPIRA LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA 15219
Tel.: (412) 471-3490
marcus@marcus-shapira.com
cain-mannix@marcus-shapira.com
hill@marcus-shapira.com
allen@marcus-shapira.com
kobrin@macrus-shapira.com

*Counsel for Plaintiff Giant Eagle, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2022, I caused a copy of the foregoing to be served on counsel of record for Defendants by email.

                                                        */s/ David F. Sorensen*
                                                        David F. Sorensen