# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | MDL 2460 |
| --- | --- | --- |
| | : | |
| NIASPAN ANTITRUST LITIGATION | : | Master File No. 13-md-2460 |

## ORDER

**NOW,** this 29th day of June, 2022, it is **ORDERED** that a telephonic conference to address the status of the outstanding *Daubert* motions is scheduled for **Wednesday, July 6, 2022, at 11:30 a.m.** (EDT).

Lead counsel for the direct purchaser plaintiffs, the retailer purchaser plaintiffs, and the defendants shall participate in the conference. Instructions for joining the call will be provided to counsel.

/s/ TIMOTHY J. SAVAGE J.