IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | MDL 2460 |
| | : | |
| NIASPAN ANTITRUST LITIGATION | : | 13-md-2460 |

### ORDER

**NOW**, this 23rd day of October, 2024, a telephone conference regarding the status of the *Daubert* motions is scheduled for **Tuesday, October 29, 2024, at 11:45 a.m.**

**IT IS FURTHER ORDERED** that no later than **October 25, 2024,** lead counsel shall notify Chambers of each attorney participating on the call. It is not necessary for more than one attorney for each party to participate in the conference. It is preferred that only those attorneys on the motions and responses participate.

Instructions to join the call will be provided separately via email to counsel.

_____
TIMOTHY J. SAVAGE, J.