**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | **NO. 13-MD-2460** |
| | **:** | |
| **NIASPAN ANTITRUST LITIGATION** | **:** | |

**ORDER**

**NOW,** this 30th day of October, 2026, upon consideration of Plaintiffs' Motion for Partial Summary Judgment as to the Relevant Antitrust Market (Doc. No. 790), the defendants' response, and the plaintiffs' reply, and after oral argument, it is **ORDERED** that the motion is **DENIED.**

TIMOTHY J. SAVAGE, J.