**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | **NO. 13-MD-2460** |
| | **:** | |
| **NIASPAN ANTITRUST LITIGATION** | **:** | |

**ORDER**

**NOW,** this 30th day of October, 2026, upon consideration of Teva Defendants' Motion for Summary Judgment (Doc. No. 799), the plaintiffs' response, and the defendants' reply, and after oral argument, it is **ORDERED** that the motion is **DENIED.**

TIMOTHY J. SAVAGE, J.