**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **NO. 13-MD-2460** |
| | : | |
| **NIASPAN ANTITRUST LITIGATION** | : | |

**ORDER**

**NOW,** this 30th day of October, 2026, upon consideration of Defendants' Motion to Exclude the Opinions and Proposed Testimony of John Tupman Relating to the "Profit Based" Approach (Doc. No. 788), the plaintiffs' response, and the defendants' reply, and after oral argument, it is **ORDERED** that the motion is **DENIED.**

TIMOTHY J. SAVAGE, J.