**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | **NO. 13-MD-2460** |
| | **:** | |
| **NIASPAN ANTITRUST LITIGATION** | **:** | |

**ORDER**

**NOW,** this 30th day of October, 2026, upon consideration of Plaintiffs' Motion to Exclude Portions of Dr. Pierre-Yves Crémieux's Proposed Testimony (Doc. No. 781), the defendants' response, and the plaintiffs' reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** as follows:

1. Crémieux may not testify or opine as to the own-price and cross-price elasticities of Niaspan.

2. Crémieux may not testify or opine as to Barr's settlement strategy in the underlying patent litigation.

TIMOTHY J. SAVAGE, J.