**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **NO. 13-MD-2460** |
| | : | |
| **NIASPAN ANTITRUST LITIGATION** | : | |

**ORDER**

**NOW,** this 30th day of October, 2026, upon consideration of Plaintiffs' Motion to Exclude Certain Testimony of Defendants' Expert Bruce E. Stangle, Ph.D. (Doc. No. 782), the defendants' response, and the plaintiffs' reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** as follows:

1. Stangle may not testify or opine that:

   (a) Plaintiffs' damages should be reduced to account for generic bypass.

   (b) Plaintiffs' damages should be reduced based on the proposed adjustment to Leitzinger's generic penetration rate.

   (c) Plaintiffs' damages should be reduced to account for decreased marketing.

   (d) Plaintiffs' damages should be reduced to account for rebates.

2. Stangle may not testify or opine as to Barr's settlement strategy in the underlying patent litigation.

TIMOTHY J. SAVAGE, J.