**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | **NO. 13-MD-2460** |
| | **:** | |
| **NIASPAN ANTITRUST LITIGATION** | **:** | |

**ORDER**

**NOW,** this 30th day of October, 2026, upon consideration of Plaintiffs' Motion to Exclude Certain Testimony of Defendants' Expert James Sebenius (Doc. No. 780), the defendants' response, and the plaintiffs' reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART.**

**IT IS FURTHER ORDERED** that Sebenius may not testify or opine as to Barr's settlement strategy in the underlying patent litigation.

TIMOTHY J. SAVAGE, J.