**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **NO. 13-MD-2460** |
| | : | |
| **NIASPAN ANTITRUST LITIGATION** | : | |

**ORDER**

**NOW,** this 30th day of October, 2026, upon consideration of Plaintiffs' Motion to Exclude the Expert Opinions of Edward J. Buthusiem Regarding "Fair Value" (Doc. No. 783), the defendants' response, and the plaintiffs' reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART.**

**IT IS FURTHER ORDERED** as follows:

1. Buthusiem may not testify or opine as to what Kos believed was the value of the Co-Promotion Agreement.

2. Buthusiem may not opine that it was commercially reasonable to structure the Co-Promotion Agreement to generate royalties on all sales of Niaspan and Advicor because of the halo effect.

TIMOTHY J. SAVAGE, J.