**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **NO. 13-MD-2460** |
| | : | |
| **NIASPAN ANTITRUST LITIGATION** | : | |

**ORDER**

**NOW,** this 30th day of October, 2026, upon consideration of Defendants' Motion to Exclude the Opinions and Proposed Testimony of John R. Thomas (Doc. No. 791), the plaintiffs' response, and the defendants' reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART.**

**IT IS FURTHER ORDERED** as follows:

1. Thomas may not testify or opine on the application of antitrust law and/or patent law to the facts of this case. Specifically, he may not testify or opine that the defendants violated antitrust and/or patent law.

2. Thomas may not testify or opine that where "competitors within the pharmaceutical industry . . . choose to bypass or subvert the legislative framework, they potentially engage in strategic behavior that defies the policy goals embodied in the Hatch-Waxman Act."

TIMOTHY J. SAVAGE, J.